■ ALFRED DEVIS, Appellant, v LIGE A. DAVIS, Respondent and Third-Party Plaintiff-Respondent. RIVERDALE (SUPER) CAR WASH, Third-Party Defendant-Respondent.—Order, Supreme Court, Bronx County (Alan J. Saks, J.), entered on or about March 27, 1992, which granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The documentary evidence submitted on the motion established that it was a fellow employee who drove the vehicle that struck plaintiff. The claim is therefore barred by the Workers' Compensation Law. Concur—Murphy, P. J., Carro, Ellerin and Ross, JJ.